

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:15cr32WHB-FKB

WILLIE JOE WARREN

18 U.S.C. § 13
M.C.A. § 97-17-23
M.C.A. § 97-3-7

## COUNT 1

That on or about October 19, 2014, in Neshoba County in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Pearl River Community of the Choctaw Indian Reservations in the Indian Country, the defendant, **WILLIE JOE WARREN**, a non-Indian, did unlawfully break and enter the dwelling house of Krystal Wilson, a Choctaw Indian, with the intent to commit therein the crime of aggravated assault.

All in violation of Mississippi Code Annotated, Section 97-17-23, as amended and Section 13, Title 18, United States Code.

## COUNT 2

That on or about October 19, 2014, in Neshoba County in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Pearl River Community of the Choctaw Indian Reservations in the Indian Country, the defendant, **WILLIE JOE WARREN**, a non-Indian, purposely or knowingly caused bodily injury to Krystal Wilson, a Choctaw Indian, by striking her with a dangerous weapon, to wit: a metal iron pipe.

All in violation of Mississippi Code Annotated, Section 97-3-7(2), as amended and Section 13, Title 18, United States Code.

COUNT 3

That on or about October 19, 2014, in Neshoba County in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Pearl River Community of the Choctaw Indian Reservations in the Indian Country, the defendant, **WILLIE JOE WARREN,** a non-Indian, purposely or knowingly caused bodily injury to, Jarron Edwards, a Choctaw Indian, by striking him with a dangerous weapon, to wit: a metal iron pipe.

All in violation of Mississippi Code Annotated, Section 97-3-7(2), as amended and Section 13, Title 18, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 20th day of May, 2015.

UNITED STATES MAGISTRATE JUDGE